**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 13, 2014

Hon. Michael R. Cowen
The Cowen Law Group
62 E. Price Road
Brownsville, TX 78521

Hon. Elsa Giron Nava
Tort Litigation Division
P.O. Box 12548, Mail box 030
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00590-CV
Tr.Ct.No. C-3223-12-C
Style:    Texas Department of Public Safety v. Raquel Guzman


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   139th  District Court (DELIVERED VIA E-MAIL)
      Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)